UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

FOUR HUNDRED SIXTY-THREE THOUSAND
FOUR HUNDRED NINETY-SEVEN DOLLARS
AND SEVENTY-TWO CENTS ($463,497.72)
IN U.S. CURRENCY FROM BEST BANK
ACCOUNT # XXX2677, NINETEEN
THOUSAND NINE HUNDRED THIRTY-
SIX DOLLARS AND SEVENTY-SEVEN
CENTS ($19,936.77) IN U.S. CURRENCY
FROM BEST BANK ACCOUNT # XXX8558,
ONE HUNDRED ONE THOUSAND FIVE
HUNDRED EIGHTY-THREE DOLLARS
AND NINETY-EIGHT CENTS ($101,583.98)
IN U.S. CURRENCY FROM COUNTRYWIDE
BANK ACCOUNT # XXX5890, NINETEEN
THOUSAND NINE HUNDRED EIGHTY-SEVEN
DOLLARS AND SEVEN CENTS ($19,987.07)
IN U.S. CURRENCY FROM COMERICA BANK
ACCOUNT # XXX0766, BEST BUY BANK
ACCOUNT # 259207438, ONE HUNDRED ONE
THOUSAND SEVEN HUNDRED AND THREE
DOLLARS AND TEN CENTS ($101,703.10) IN
U.S. CURRENCY FROM COUNTRYWIDE
BANK ACCOUNT # XXX5890, NINETEEN
THOUSAND NINE HUNDRED TWELVE
DOLLARS AND SEVEN CENTS ($19,912.07)
IN U.S. CURRENCY FROM COMERICA BANK
ACCOUNT # XXX0766, FIFTY-ONE THOUSAND
THREE HUNDRED SEVENTEEN DOLLARS AND
SIX CENTS ($51,317.06) IN U.S. DOLLARS FROM
COUNTRYWIDE BANK ACCOUNT # XXX7528,
and SAFESCRIPT PHARMACY # 19, LLC,

        Defendants,

and

Case No. 08-11564
Honorable David M. Lawson

**AMENDED JUDGMENT**

STACEY HOGAN GIANOPLOS, RONALD G.
CARSON, and H.D. SMITH WHOLESALE DRUG
COMPANY, INC.,

        Claimants.
_____/

## AMENDED JUDGMENT

In its original judgment, the Court awarded H.D. Smith Wholesale Drug Company $606,450.29 plus actual interest since July 27, 2011 plus imputed interest in accordance with 28 U.S.C. § 2465(b)(1)(C)(ii). The United States Marshals Service informed the parties that it is not authorized to pay imputed interest. The parties have agreed to amend the judgment to remove the imputed interest. Pursuant to the parties' stipulation [dkt. #184],

It is **ORDERED AND ADJUDGED** that the claimant, H.D. Smith Wholesale Drug Company, Inc., shall recover from the United States of America the sum of $606,450.29 plus the actual interest that has accrued in the interest-bearing Seized Asset Fund from April 29, 2008 through July 4, 2012.

                                s/David M. Lawson
                                DAVID M. LAWSON
                                United States District Judge

Dated: July 27, 2012

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on July 27, 2012.

                              s/Deborah R. Tofil
                              DEBORAH R. TOFIL